UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JL AUDIO, INC., | CIV. NO. 2:16-00377 WBS AC |
| Plaintiff, | ORDER |
| v. | |
| DIA SAIF, ARDEN AUDIO, DOES 1-10, | |
| Defendants. | |

----oo0oo----

    The defendants in this case, Dia Saif and Arden Audio, are appearing pro se.  Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Allison Claire, for all further proceedings consistent with the provisions of the rule.  All dates now pending before Senior Judge William B. Shubb are hereby vacated and the June 27, 2016 motion hearing is taken off calendar.

    IT IS SO ORDERED.

Dated:  June 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1