UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JL AUDIO, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAIF et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0377 WBS AC<br><br><br>ORDER |

On June 22, 2016, Senior Judge William B. Shubb referred this case to the undersigned for all further proceedings pursuant to Local Rule 302(c)(21). ECF No. 16. Apparently due to administrative error, the referral did not come to the attention of the undersigned.

Plaintiff's long-outstanding Motion to Strike Defendants' Answer to Complaint, ECF No. 7, remains pending. Defendants have filed an opposition (ECF No. 14) and plaintiff has filed a reply (ECF No. 15). Accordingly, this matter is set for hearing and status conference on October 25, 2017.

IT IS HEREBY ORDERED that:

1. The Motion to Strike (ECF No. 7) is set for hearing on October 25, 2017 at 10:00 a.m. in Courtroom No. 26 before the undersigned. All parties shall appear by counsel or in person if acting without counsel.

////

1

2. The parties shall also be prepared to discuss the status of the case. Status reports are not necessary at this time.

IT IS SO ORDERED.

DATEDS: October 5, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE