1 | HANSON BRIDGETT LLP
RAFFI ZEROUNIAN (SBN 236388)
2 | rzerounian@hansonbridgett.com
425 Market Street, 26th Floor
3 | San Francisco, California 94105
Telephone: (415) 995-5044
4 | Facsimile: (415) 541-9366

5

HANSON BRIDGETT LLP
6 | ANDREW STROUD (SBN 126475)
astroud@hansonbridgett.com
7 | 500 Capitol Mall, Suite 1500
Sacramento, California 95814
8 | Telephone: (916) 491-3050
Facsimile: (916) 491-3074

9

10 | Attorneys for Plaintiff
JL AUDIO, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JL AUDIO, INC., | CASE NO. 16-cv-00377-WBS-AC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| v. | |
| DIA SAIF, ARDEN AUDIO, DOES 1-10, | Assigned to the Hon. William B. Shubb |
| Defendants. | Action Filed: February 19, 2016 |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed without prejudice, and without an award of costs or fees to any party. Each party shall bear their own costs and attorneys fees.

IT IS SO ORDERED.

Dated: December 11, 2017    /s/ John A. Mendez
for The Honorable William B. Shubb
United States District Judge